UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Steven F. Eastman

      v.                                        Civil No. 11-cv-316-SM

State of New Hampshire, et al


## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

      The Exhibit 1 to [1] Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in this exhibit.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibit 1 to [1] Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                    /s/ Landya B. McCafferty
                                                    Landya B. McCafferty
                                                    United States Magistrate Judge

Date:  June 29,   2011

cc:  Steven F. Eastman, pro se