UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Steven F. Eastman

      v.                                            Civil No. 11-cv-316-SM

State of New Hampshire, et al.


## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

Plaintiff's Exhibit 4 (doc. no. 1-5) and Exhibit 5 (doc. no. 1-6) to the Complaint in the above-captioned case contain one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the exhibits. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the exhibits, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

      **SO ORDERED**.

                                                        /s/ Landya B. McCafferty
                                                        Landya B. McCafferty
                                                        United States Magistrate Judge

Date:  July 5, 2011


cc:     Steven F. Eastman