UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Steven F. Eastman

        v.                            Case No. 11-cv-316-SM

State of New Hampshire, Joan Hamblet,
Elizabeth Barnhorst, and NH Department
of Health and Human Services


O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated January 17, 2012, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

Failure to file an objection to the Report and Recommendation generally precludes appellate review.   See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011) (citing United States v. Lugo Guerrero, 524 F.3d 5, 14 (1st Cir. 2008)); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection precluded on appeal).

      SO ORDERED.


February 8, 2012

                                          /s/ Steven J. McAuliffe
                                          Steven J. McAuliffe
                                          United States District Judge

cc:    Steven F. Eastman, pro se